IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : No. 02-CV-4855 |
| | : |
| v. | : |
| | : |
| KAREN COOPER and JAMES COOPER, SR. | : |

**O R D E R**

AND NOW, this ____ day of November, 2002, upon review of the record, the Court notes that the Clerk of this Court has entered default pursuant to Fed. R. Civ. P. 55(a) due to Defendants' failure to appear, plead or otherwise defend. Plaintiff United States of America is DIRECTED to file a Motion for Default Judgment in accordance with Fed. R. Civ. P. 55(b) within fourteen (14) days of the date of this Order.

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**