**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>                    Plaintiff<br>        v.<br><br>KAREN COOPER<br>JAMES T. COOPER SR.<br>                    Defendant(s) | Civil Action No:  02-CV-4855 |

**ORDER**

　　　　AND NOW, this      day of            , 2003, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

**ORDERED**

　　　　1.  That the public sale held on August 14, 2003 is hereby confirmed.

　　　　2.  That the Marshal is ordered and directed to execute and deliver to George Lauer, their successors and assigns, a good and sufficient deed, conveying all the right, title and interest of KAREN COOPER and JAMES T. COOPER SR. in and to the premises sold located at 606 Lincoln Street, Oxford, PA 19363.

　　　　3.  That jurisdiction is retained for such further orders or decrees as may be necessary.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　                              J.

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　Plaintiff<br>　　v.<br><br>KAREN COOPER<br>JAMES T. COOPER SR.<br>　　　　　　　　Defendant(s) | Civil Action No:  02-CV-4855 |

**MOTION FOR CONFIRMATION OF PUBLIC SALE**

　　The United States of America, by its attorneys, Goldbeck McCafferty & McKeever, moves to confirm the public sale in the captioned case, and respectfully represents:

　　1.　　In accordance with Order entered January 16, 2003 in favor of Plaintiff and against Defendants, after due advertisement pursuant to Title 28, U.S.C. Section 2002, as appears from the Advertising Order attached hereto as Exhibit "A", the real property described was exposed to public sale on August 14, 2003 and sold to George Lauer for a bid of $90,000.00.

　　2.　　The Marshal's Return of Sale is attached as Exhibit B.

　　3.　　Notice of the sale had been given to all lienholders as shown on the Affidavit pursuant to Pa. R.C.P. 3129 and the Certificate of Service (Exhibit "C")

　　4.　　The Order of January 16, 2003 required that a Motion for Confirmation of the Sale be made to the Court at least thirty (30) days after the date of Sale.

　　5.　　Notice has been given to all parties in interest of the presentation of this motion.

　　WHEREFORE, Plaintiff respectfully moves for confirmation of the sale.

　　　　　　　　　　　　　　　　GOLDBECK MCCAFFERTY & MCKEEVER
　　　　　　　　　　　　　　　　By:  Michael T. McKeever, Esquire
　　　　　　　　　　　　　　　　Pennsylvania Attorney I.D. No. 56129
　　　　　　　　　　　　　　　　Suite 500 – The Bourse Building
　　　　　　　　　　　　　　　　111 S. Independence Mall East
　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　215-627-1322

　　　　　　　　　　　　　　　　s/ Michael T. McKeever

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　　Plaintiff<br>　　v.<br><br>KAREN COOPER<br>JAMES T. COOPER SR.<br>　　　　　　　　　Defendant(s) | Civil Action No:  02-CV-4855 |

**CERTIFICATE OF SERVICE**

　　I certify that on October 1, 2003, by first class mail, postage prepaid, the following parties in interest were given notice this Motion:

KAREN COOPER and JAMES T. COOPER SR.
606 Lincoln Street
Oxford, PA 19363

PA DEPARTMENT OF PUBLIC WELFARE -
Bureau of Child Support Enforcement
Health and Welfare Bldg. - Room 432
P.O. Box 2675
Harrisburg, PA 17105-2675

DOMESTIC RELATIONS OF CHESTER COUNTY
117 West Gay Street
PO Box 2748
West Chester, PA 19380

CHESTER CO ADULT PROBATION & PAROLE DEPT
2 N. High Street, Suite 403
West Cherster, PA 19380

AMERICAN FROZEN FOODS, INC.
355 Benton Street
Stratford, CT 06497

OCCUPANTS/TENANTS
606 Lincoln Street
Oxford, PA 19363

GEORGE J. LAUER
617 Broad Street
Oxford, PA 19363

　　　　　　　　　　GOLDBECK MCCAFFERTY & MCKEEVER
　　　　　　　　　　By:  Michael T. McKeever, Esquire
　　　　　　　　　　Pennsylvania Attorney I.D. No. 56129
　　　　　　　　　　Suite 500 – The Bourse Building
　　　　　　　　　　111 S. Independence Mall East
　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　215-627-1322

　　　　　　　　　　s/ Michael T. McKeever