## ADVERTISING ORDER

VOUCHER #

U. S. Marshals Service - Department of Justice     PAID BY :
Room 2110    601 Market St., Phila, PA 19106

The publisher of Daily Local News is authorized to publish the enclosed advertisement according to the schedule below, provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is to be set solid, without paragraphing, and without any display in the heading unless otherwise expressly authorized in the specifications.

NAME OF PUBLICATION: Daily Local News
SUBJECT OF ADVERTISEMENT: sale of real property
EDITION OF PAPER ADVERTISEMENT APPEARED: daily
NUMBER OF TIMES ADVERTISEMENT APPEARED: 4x's
DATE(S) ADVERTISEMENT APPEARED: April 2, 9, 16 and 23, 2003
SPECIFICATIONS FOR ADVERTISEMENT:
COPY FOR ADVERTISEMENT: Karen Cooper and James T. Cooper, Sr.

AUTHORITY TO ADVERTISE

DATE: March 27, 2003
CASE NUMBER: Case No.#02-4855
SIGNATURE OF AUTHORIZING OFFICIAL:

----------PUBLIC VOUCHER FOR ADVERTISING--[ATTACHED]
CHARGES TO BE FILLED OUT BY NEWSPAPER:

TIMES ADVERTISEMENT APPEARED: 4
NUMBER OF LINES IN AD: 190
COST PER LINE: $1.94

TOTAL COST: $1,492.40

AFFIDAVIT - This represents a true billing for [advertisement] with specifications and copy, which has been co[mpleted]
SIGNATURE OF PUBLISHER:
TITLE: Legal Advertising Rep.

NAME OF PUBLICATION: Daily Local News
ADDRESS: 250 N. Bradford Avenue
West Chester, PA 19380

Beverly A.
East Bradfor[d]
My Commissi[on]

FOR U.S.MARSHAL SERVICE

I certify that the advertisement described above [appeared in the]
publication and that this account is correct an[d just.]

SIGNATURE OF CERTIFYING OFFICER:
DATE:
ACCOUNT: _____ CHECK # _____

### NOTICE OF U.S. MARSHAL'S SALE OF REAL PROPERTY

Public notice is hereby given, that by virtue of an Order for Foreclosure and Sale of Real Estate dated January 16, 2003, issued out of the United States District Court for the Eastern District of Pennsylvania, in Civil Action No. 02-CV-4855 on a judgment in the amount of $140,483.70 plus interest from January 31, 2002 rendered in the Court, in favor of United States of America and against KAREN COOPER and JAMES T. COOPER SR., the following described real estate, located at 606 Lincoln Street, Oxford, PA 19363, shall be offered for sale on April 30, 2003 at 10:00 a.m. at property address of: 606 Lincoln Street, Oxford, PA 19363, at public auction, to the highest and best bidder by the U.S. Marshal for the Eastern District of Pennsylvania:

ALL THAT CERTAIN Messuage, tenement and tract of land, with the buildings and improvements thereon erected, Situate on the Northwesterly side of U.S. Route #1, in the Borough of Oxford, County of Chester, and State of Pennsylvania, as and numbered 606 Lincoln Road, bounded and described in accordance with survey made by Arthur Crowell, Registered Survey, on March 22, 1949 as follows, to wit:

BEGINNING at a point in the center line of U.S. Route #1 (Lincoln Road) said point of beginning being North 55 degrees 08 minutes East (erroneously set out in prior conveyances as (South 55 degrees 08 minutes West) 66.4 feet from an iron pin set at the intersection of the center lines of Park Street and U.S. Route #1; thence leaving said U.S. Route #1 and by other land ow or late of Merton O. Deaver, et ux, and passing over an iron pipe 24.7 feet distant from the point of beginning, North 38 degrees, 55 minutes West 96.7 feet to an iron pin; thence by the same, North 58 degrees 51 minutes West 71.5 feet to an iron pin; thence by same, North 31 degrees 09 minutes East 39.6 feet to an iron pin in line of land now or late of M. Louise Ross; thence by land now or late of M. Louise Ross; South 63 degrees 57 minutes East, passing over an iron pin 32.2 feet from the end of this course, a distance of 203.6 feet to a point in the center line of U.S. Route #1;

ALSO KNOWN AS 606 Lincoln Street, Chester County, Pennsylvania. Chester County Parcel Number 06-05-0039.

Terms of Sale: Ten percent (10%) of the highest sum bid must be deposited by the highest bidder by cashier's check or certified check with the Marshal upon the property being struck down to such bidder. Upon failure to make such deposit, the bidder shall lose the benefit of this bid and the property may be immediately put up again and sold unless a deposit of the sum required be made by a second bidder willing to take the property at the highest price bid. The balance of the purchase price shall be paid by cashier's check or certified check within (10) ten days after confirmation of the sale by Court Order without any demand being made by the Marshal. Otherwise, the Marshal may settle with a second bidder who has made the required deposit at the Marshal's Sale and thereby registered their willingness to take the property at the highest price bid, provided such second bidder deposits the balance of the purchase price within 10 days after notice from the Marshal of the first bidder's default. If no second bid be registered, the property may be sold again at the risk of the defaulting bidder, and in case of any deficiency in such resale, the defaulting bidder shall make good the same to the person injured thereby and the deposit shall be forfeited and distributed with the other funds created by the sale.

The successful bidder takes the real estate subject to, and shall pay all taxes, water rents, sewer charges, municipal claims, and other charges and liens not divested by the sale and must also pay all state and local realty transfer taxes or stamps, to the extent the fund created by the sale is insufficient to pay such transfer taxes.

Distribution of Proceeds: A Schedule of Proposed Distribution of the proceeds of sale will be filed with the Marshal within ten (10) days of confirmation by Court Order of the sale. No Schedule of Distribution will be filed if the property is sold to the Plaintiff for costs only. The Marshal shall distribute the proceeds of sale in accordance with the proposed Schedule of Distribution unless written exceptions are