

U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

---

*Philadelphia, PA 19106*

## U. S. MARSHALS SALE OF REAL PROPERTY

C. A. **02 CV 4855**

I, **Kenneth Fechter**, a Deputy U. S. Marshal for the Eastern District of Pennsylvania, sold the property located at **606 Lincoln St. Oxford, PA 19363**. The public sale was held on **14 AUG 03** and the highest bidder was **George Lauer**, who bid the amount of $ **90,000.00**.

*[signature]*

Deputy U. S. Marshal
United States Marshals Service
Eastern District of Pennsylvania