UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA



| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiff<br><br>vs.<br><br>KAREN COOPER<br>JAMES T. COOPER SR.<br><br>                Defendants | CIVIL NO. 02-CV-4855<br><br>FILED APR 28 2003 |

**CERTIFICATE OF SERVICE**
**PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)**

    Joseph A. Goldbeck, Jr., Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

( )    Personal Service by the Sheriff's Office/competent adult (copy of return attached).
(X)   Certified mail by Joseph A. Goldbeck, Jr. (original green Postal return receipt attached).
( )    Certified mail by Sheriff's Office.
( )    Ordinary mail by Joseph A. Goldbeck, Jr., Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
( )    Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
( )    Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.

**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**
( )    Premises was posted by Sheriff's Office/competent adult (copy of return attached).
( )    Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
( )    Certified Mail & ordinary mail by Joseph A. Goldbeck, Jr. (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Joseph A. Goldbeck, Jr., Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

                                                                        Respectfully submitted,

                                                                        BY: Joseph A. Goldbeck, Jr.
                                                                        Attorney for Plaintiff

| TO: | COOPER SR., JAMES T. (proeprty) | | TO: | COOPER, KAREN |
|---|---|---|---|---|
| | **JAMES T. COOPER SR.** | | | **KAREN COOPER** |
| | 606 LINCOLN STREET | | | 606 Lincoln Street |
| | OXFORD, PA 19363 | | | Oxford, PA 19363 |

| SENDER: | GOLDBECK MCCAFFERTY & MCKEEVER | | SENDER: | GOLDBECK MCCAFFERTY & MCKEEVER |
|---|---|---|---|---|
| | March 10, 2003 | | | March 8, 2003 |
| REFERENCE: | COOPER, KAREN / USA-0180 | | REFERENCE: | COOPER, KAREN / USA-0180 |
| | – Chester | | | – Chester |

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

**US Postal Service Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE — PHILA PA 19104 MAR 10 2003

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

**US Postal Service Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE — PHILA PA 19104 MAR 10 2003



---

7160 3901 9844 3518 2429          7160 3901 9844 3518 2405

| TO: | COOPER SR., JAMES T. | | TO: | COOPER, KAREN |
|---|---|---|---|---|
| | **JAMES T. COOPER SR.** | | | **KAREN COOPER** |
| | 777 CHERRY TREE ROAD, #E75 | | | 777 CHERRY TREE ROAD, #E75 |
| | ASTON, PA 19014 | | | ASTON, PA 19014 |

| SENDER: | GOLDBECK MCCAFFERTY & MCKEEVER | | SENDER: | GOLDBECK MCCAFFERTY & MCKEEVER |
|---|---|---|---|---|
| | March 10, 2003 | | | March 10, 2003 |
| REFERENCE: | COOPER, KAREN / USA-0180 | | REFERENCE: | COOPER, KAREN / USA-0180 |
| | – Chester | | | – Chester |

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

**US Postal Service Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE — PHILA PA 19104 MAR 10 2003

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

**US Postal Service Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE — PHILA PA 19104 MAR 10 2003



7160 3901 9844 2550 7706

**TO:** COOPER SR., JAMES T.
**JAMES T. COOPER SR.**
825 South High Street Apt 4
West Chester, PA 19382

**SENDER:** GOLDBECK MCCAFFERTY & MCKEEVER
March 8, 2003

**REFERENCE:** COOPER, KAREN / USA-0180
– Chester

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
MAR 10 2003

7160 3901 9844 3518 2412

**TO:** COOPER, KAREN
**KAREN COOPER**
825 SOUTH HIGH STREET APT.4
WEST CHESTER, PA 19382

**SENDER:** GOLDBECK MCCAFFERTY & MCKEEVER
March 10, 2003

**REFERENCE:** COOPER, KAREN / USA-0180
– Chester

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail



POSTMARK OR DATE
MAR 10 2003

7160 3901 9844 3518 0913

**TO:** COOPER, SR., JAMES T.
**JAMES T. COOPER, SR.**
216 W. Main Street
Ephrata, PA 17522

**SENDER:** GOLDBECK MCCAFFERTY & MCKEEVER
April 8, 2003

**REFERENCE:** COOPER, KAREN / USA-0180
04 / 30 / 0-3 Chester

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail



POSTMARK OR DATE
APR 8 2003

**GOLDBECK McCAFFERTY & McKEEVER**
Suite 500, The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

| Line | Article Number | Addressee Name, Street, and PO Address | Postage | Fee | Handling Charge | Actual Value (If Reg.) | Insured Value | Due Sender If COD | RR Fee | DC Fee | SC Fee | SH Fee | SD Fee | RD Fee | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | |
| 2 | | AMERICAN FROZEN FOODS, INC.<br>355 Benton Street<br>Stratford, CT 06497 | | | | | | | | | | | | | |
| 3 | | PA DEPARTMENT OF PUBLIC WELFARE<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | DOMESTIC RELATIONS OF CHESTER COUNTY<br>117 West Gay Street<br>PO Box 2748<br>West Chester, PA 19380 | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | OCCUPANTS/TENANTS<br>606 Lincoln Street<br>Oxford, PA 19363 | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | |

Check type of mail:
☐ Express    ☐ Return Receipt (RR) for Merchandise
☐ Registered ☐ Certified
☐ Insured    ☐ Int'l Rec. Del.
☐ COD        ☐ Del. Confirmation (DC)

If Registered Mail, check below:
☐ Insured
☐ Not Insured

Affix stamp here if issued as certificate of mailing, or for additional copies of this bill.

Postmark: MAR 10 2003

1473 U.S. POSTAGE $03.60° PB2211913
0082 MAILED FROM ZIP CODE 19106 MAR 10 03

Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee)

PS Form 3877, April 1999    Complete by Typewriter, Ink, or Ball Point Pen

Cooper USA

*(Page rotated 90°; content is USPS Form 3877, April 1999)*

**GOLDBECK McCAFFERTY & McKEEVER**
Suite 500, The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

Name and Address of Sender

Check type of mail:
☐ Express
☐ Registered
☐ Insured
☐ COD
☐ Return Receipt (RR) for Merchandise
☐ Certified
☐ Int'l Rec. Del.
☐ Del. Confirmation (DC)

If Registered Mail check below:
☐ Insured
☐ Not Insured

Affix stamp here if issued as certificate of mailing, or for additional copies of this bill.

Postmark and Date of Receipt

| Line | Article Number | Addressee Name, Street, and PO Address | Postage | Fee | Handling Charge | Actual Value (If Reg.) | Insured Value | Due Sender If COD | RR Fee | DC Fee | SC Fee | SH Fee | SD Fee | RD Fee | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | CHESTER CO ADULT PROBATION & PAROLE DEPT<br>2 N. High Street, Suite 403<br>West Chester, PA 19380 | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee)

*Postmark: CONTINENTAL STA PHILADELPHIA PA 19106 MAR 21 2002*

The full declaration of value is required on all domestic and international registered mail. The maximum indemnity payable for the reconstruction of nonnegotiable documents under Express Mail document reconstruction insurance is $50,000 per piece subject to a limit of $500,000 per occurrence. The maximum indemnity payable on Express Mail merchandise insurance is $500. The maximum indemnity payable is $25,000 for registered mail, sent with optional postal insurance. See Domestic Mail Manual R900, S913, and S921 for limitations of coverage on insured and COD mail. See International Mail Manual for limitations of coverage on international mail. Special handling charges apply only to Standard Mail (A) and Standard Mail (B) parcels.

PS Form 3877, April 1999 — Complete by Typewriter, Ink, or Ball Point Pen

*(Handwritten notations on margin: "Copy" and "USA")*

**2. Article Number**

7160 3901 9844 3518 0913

**3. Service Type** CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)* ☐ Yes

**1. Article Addressed to:**

COOPER, SR., JAMES T.

**JAMES T. COOPER, SR.**

216 W. Main Street

Ephrata, PA 17522

GOLDBECK MCCAFFERTY &MCKEEVER
COOPER, KAREN / USA-0180   04/30/03 Chester

PS Form 3811, July 2001    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): James T. Cooper
B. Date of Delivery: 4-12-03
C. Signature: X James T. Cooper
☐ Agent
☒ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

---

**2. Article Number**

7160 3901 9844 2550 7690

**3. Service Type** CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)* ☐ Yes

**1. Article Addressed to:**

COOPER, KAREN

**KAREN COOPER**

606 Lincoln Street

Oxford, PA 19363

GOLDBECK MCCAFFERTY &MCKEEVER
COOPER, KAREN / USA-0180   – Chester

PS Form 3811, July 2001    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Christine Cooper
B. Date of Delivery: 3-11-03
C. Signature: X Christine Cooper
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>             Plaintiff<br><br>vs.<br><br>KAREN COOPER<br>JAMES T. COOPER SR.<br><br>             Defendants | CIVIL NO. 02-CV-4855<br><br>FILED APR 2003 |

### SUPPLEMENTAL AFFIDAVIT PURSUANT TO RULE 3129

    THE UNITED STATES OF AMERICA, Plaintiff in the above action, by its attorney, Joseph A. Goldbeck, Jr., Esquire, sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

        606 Lincoln Street
        Oxford, PA 19363

1. Name and address of Owners or Reputed Owners:

        KAREN COOPER
        606 Lincoln Street
        Oxford, PA 19363

        JAMES T. COOPER SR.
        825 South High Street Apt 4
        West Chester, PA 19382

2. Name and address of Defendants in the judgment:

        KAREN COOPER
        606 Lincoln Street
        Oxford, PA 19363

        JAMES T. COOPER SR.
        825 South High Street Apt 4
        West Chester, PA 19382

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

        CHESTER CO ADULT PROBATION & PAROLE DEPT
        2 N. High Street, Suite 403
        West Cherster, PA 19380

AMERICAN FROZEN FOODS, INC.
355 Benton Street
Stratford, CT 06497

PA DEPARTMENT OF PUBLIC WELFARE
Bureau of Child Support Enforcement
Health and Welfare Bldg. - Room 432
P.O. Box 2675
Harrisburg, PA 17105-2675

DOMESTIC RELATIONS OF CHESTER COUNTY
117 West Gay Street
PO Box 2748
West Chester, PA 19380

4. Name and address of the last recorded holder of every mortgage of record:


5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:


6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

OCCUPANTS/TENANTS
606 Lincoln Street
Oxford, PA 19363


(attach separate sheet if more space is needed)

I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.


DATED: March 21, 2003

GOLDBECK McCAFFERTY & McKEEVER
BY: Joseph A. Goldbeck, Jr., Esq.
Attorney for Plaintiff

*Please Post Property by March 28, 2003*

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: The United States of America | COURT CASE NUMBER: 02-CV-4855 |
| DEFENDANT: Karen Cooper & James T. Cooper Sr | TYPE OF PROCESS: Notice of US Marshall Sale |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Karen Cooper & James T. Cooper Sr

**AT** ADDRESS: 606 Lincoln Street, Oxford, PA 19363

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

GOLDBECK McCAFFERTY & McKEEVER
Suite 500 The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

*Please Post Handbill*

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 215-627-1322
DATE: 3-10-03

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 66 | District to Serve No. 66 | Signature of Authorized USMS Deputy or Clerk | Date: 3-11-03 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 3/6/03  Time: 4:20 pm
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | 38.52 (17 miles) | | | | 38.52 | |

REMARKS: Posted - House occupied

**NOTE**

PRIOR EDITIONS MAY BE USED  |  **3. NOTICE OF SERVICE**  |  FORM USM-285 (Rev. 12/15/80)