**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff<br><br>vs.<br><br>KAREN COOPER<br>JAMES T. COOPER SR.<br><br>        Defendant(s) | CIVIL ACTION NO. 02-CV-4855 |

## APPLICATION FOR DISTRIBUTION OF PROCEEDS

For the reasons set forth in the attached Schedule of Distribution, the United States of America, on behalf of its Agency, the United States Department of Agriculture, respectfully requests that the Court enter the Order of Distribution as required in the Motion for Judgment and Motion for Confirmation.

        Respectfully submitted,

        GOLDBECK McCAFFERTY & McKEEVER

        s/ Michael T. McKeever

        By: _____
        Michael T. McKeever, Esquire
        Pennsylvania Attorney I.D. No. 56129
        Suite 5000 – Mellon Independence Center
        701 Market Street
        Philadelphia, PA 19106-1532
        (215) 627 – 1322
        Original signature not required/electronic filing

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　Plaintiff<br><br>vs.<br><br>KAREN COOPER<br>JAMES T. COOPER SR.<br><br>　　　　　　　Defendant(s) | CIVIL NO. 02-CV-4855 |

**ORDER**

      **AND NOW**, this   day of     2003, upon consideration of the Schedule of Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at 606 Lincoln Street Oxford, PA 19363 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, **IT IS HEREBY ORDERED** that the Schedule of Distribution attached to this Order is APPROVED and shall be entered on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

                                                          BY THE COURT:

                                                          _____
                                                                                                   J.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 02-CV-4855 |
| vs. | |
| KAREN COOPER<br>JAMES T. COOPER SR. | |
| Defendant(s) | |

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED


Amount of cash received ............................................................. $

  Amount bid by: ..................................................................... $90,000.00

**TO BE DISTRIBUTED AS FOLLOWS:**

US MARSHAL COSTS:

   Mileage and Tolls. ..................................................................... $38.52

US ATTORNEY COSTS:

   Advertising Cost ....................................................................... $1,492.40

TOTAL COSTS TO U.S. GOVERNMENT ................................. $1,530.92

Proceeds of sale, less costs, to Farmer's Home Admin ................. $88,469.08


                                                 Respectfully submitted,

                                                 GOLDBECK McCAFFERTY & McKEEVER

                                                 s/ Michael T. McKeever


                                                 By: _____
                                                 Michael T. McKeever, Esquire
                                                 Pennsylvania Attorney I.D. No. 56129
                                                 Suite 5000 – Mellon Independence Center
                                                 701 Market Street
                                                 Philadelphia, PA  19106-1532
                                                 (215) 627 – 1322
                                                 Original signature not required/electronic filing

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     Plaintiff<br><br>vs.<br><br>KAREN COOPER<br>JAMES T. COOPER SR.<br><br>     Defendant(s) | CIVIL NO. 02-CV-4855 |

**CERTIFICATE OF SERVICE**

I do hereby certify that this Schedule of Distribution and Certificate of Service was made upon:

  KAREN COOPER
  JAMES T. COOPER SR.
  606 Lincoln Street
  Oxford, PA 19363


by mailing a true and correct copy thereof, postage prepaid, on this 5 day of December, 2003.

                Respectfully submitted,

                GOLDBECK McCAFFERTY & McKEEVER

                s/ Michael T. McKeever


                By: _____
                Michael T. McKeever, Esquire
                Pennsylvania Attorney I.D. No. 56129
                Suite 5000 – Mellon Independence Center
                701 Market Street
                Philadelphia, PA  19106-1532
                (215) 627 – 1322
                Original signature not required/electronic filing