IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA       : | No. 02-CV-4855 |
| : | |
| v.               : | |
| : | |
| KAREN COOPER and JAMES COOPER, SR.   : | |

**O R D E R**

AND NOW, this 16th day of December, 2003, upon consideration of Plaintiff's Application for Distribution of Proceeds, as well as the Schedule of Distribution and prior orders of this Court entering default judgment, providing for the sale of property located at 606 Lincoln Street, Oxford, PA 19363, and confirming the United States Marshal's sale of the property, it is hereby ORDERED that the attached Schedule of Distribution is APPROVED and shall be entered on the docket by the Clerk of the Court. It is FURTHER ORDERED that the United States Marshal shall distribute proceeds of the sale of said property in accordance with the attached Schedule of Distribution.

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**